UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARRY LONG,

        Plaintiff,

v.

LIVE NATION WORLDWIDE, INC.,

        Defendant.

C16-1961 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to amend complaint to add Ticketmaster L.L.C. as a defendant, docket no. 13, is GRANTED. Plaintiff shall electronically file his amended complaint within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of April, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1