UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>                    Plaintiff,<br><br>       v.<br><br>LIVE NATION WORLDWIDE, INC.; and TICKETMASTER LLC,<br><br>                    Defendants. | C16-1961 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendants' motion, docket no. 22, for relief pursuant to Federal Rule of Civil Procedure 56(d), is GRANTED as follows. Plaintiff's motion for summary judgment, docket no. 18, is RENOTED to December 8, 2017. Any supplemental response by defendants, which shall not exceed fifteen (15) pages in length, shall be filed by December 4, 2017. Any supplemental reply, which shall not exceed eight (8) pages in length, shall be filed by the new noting date.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1