UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARRY LONG,

          Plaintiff,

   v.

LIVE NATION WORLDWIDE, INC.;
and TICKETMASTER LLC,

          Defendants.

C16-1961 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The unopposed motion, docket no. 32, brought by Elizabeth K. Reeve and Reeve Shima, P.C. for leave to withdraw and for Elizabeth K. Reeve and Reeve Law Firm PLLC to substitute as counsel of record for defendants is GRANTED. Elizabeth K. Reeve and Reeve Law Firm PLLC shall be substituted as counsel of record for both Live Nation Worldwide, Inc. dba Ticketmaster and Ticketmaster LLC, effective immediately.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1