UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARRY LONG,

        Plaintiff,

v.

LIVE NATION WORLDWIDE, INC.; and TICKETMASTER LLC,

        Defendants.

2:16-cv-01961-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on Plaintiff's Motion for Summary Judgment, docket no. 18, and Defendants' Motion for Summary Judgment, docket no. 38, for Thursday, February 15, 2018, at 9:30 a.m.

(2) The trial date of March 12, 2018, and all related dates and deadlines are STRICKEN, and will be reset, if appropriate, after the Court rules on the parties' dispositive motions.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of February, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1