UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>        Plaintiff,<br><br>  v.<br><br>LIVE NATION WORLDWIDE, INC., et al.,<br><br>        Defendants. | C16-1961 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The oral argument scheduled for February 15, 2018, at 10:00 a.m., is STRICKEN. If, after further consideration of the parties' cross-motions for summary judgment, the Court believes that oral argument will be beneficial, the hearing will be reset.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of February, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1