UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARRY LONG,

        Plaintiff,

  v.

LIVE NATION WORLDWIDE, INC.,
d/b/a TICKEMASTER,

        Defendants.

C16-1961 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Updated Joint Status Report, docket no. 51, submitted by the parties, the Court hereby sets the following dates and deadlines:

| **JURY TRIAL DATE (4-5 days)** | **June 10, 2019** |
|---|---|
| Disclosure of expert testimony | November 19, 2018 |
| Discovery motions filing deadline | January 10, 2019 |
| Discovery completion deadline | February 18, 2019 |
| Dispositive motions filing deadline | March 21, 2019 |
| Motions in limine filing deadline | May 9, 2019 |

MINUTE ORDER - 1

| Agreed pretrial order due | May 24, 2019 |
|---|---|
| Trial briefs, proposed voir dire questions, and jury instructions due | May 24, 2019 |
| Pretrial conference scheduled for | May 31, 2019 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12 shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
