IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARRY LONG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIVE NATION WORLDWIDE, INC., d/b/a TICKETMASTER,<br><br>　　　　　Defendant. | NO.　2:16-CV-01961-TSZ<br><br>**STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES; PROPOSED ORDER**<br><br>Noting Date:　December 20, 2018 |

## I.　　STIPULATED MOTION

Plaintiff Barry Long, AND Defendant Ticketmaster (collectively, the "parties") through their counsel of record hereby stipulate, agree, and move to withdraw Plaintiff's Motion to Compel Discovery Responses. (Dkt. #53).

The parties have reached a tentative settlement arrangement, and in order to avoid unnecessary costs and time and in the interests of judicial economy, the Parties request this Court withdraw Plaintiff's Motion to Compel Discovery Responses (Dkt. #53), without costs or attorneys' fees to either party and without notice of presentation of the Order, and to remove all related dates from the Court's schedule.

STIPULATED MOTION TO WITHDRAW PLAINTIFF'S
MOTION TO COMPEL DISCOVEY RESPONSES - 1

2:18-cv-01490-TSZ

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

Dated This 20th day of December, 2018,

Jointly By:

| /s/Christopher Carney | /s/Conrad A. Reynoldson |
|---|---|
| Christopher Carney | Conrad A. Reynoldson |
| WSBA# 30325 | WSBA# 48187 |
| Carney Gillespie Issit PLLP | Washington Civil & Disability Advocate |
| 600 1st Ave, Suite LL08 | 3513 NE 45th Street, Suite G |
| Seattle, WA 98104 | Seattle, WA 98105 |
| (206) 445-0212 | (206) 855-3134 |
| Christopher.carney@cgilaw.com | Conrad@wacda.com |
| *Attorney for Plaintiff Barry Long* | *Attorney for Plaintiff Barry Long* |

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

/s/ Gregory F. Hurley
Gregory F. Hurley, CSB # 126791
*Pro Hac Vice*
   ghurley@sheppardmullin.com
Bradley J. Leimkuhler, CSB # 261024
*Pro Hac Vice*
   bleimkuhler@sheppardmullin.com
Sheppard Mullin Richter & Hampton, LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants,
LIVE NATION WORLDWIDE, INC. and
TICKETMASTER, LLC

## II. ORDER

Having read the above stipulated motion regarding Plaintiff's Motion to Compel Discovery Responses, and good cause appearing, the Court ORDERS:

STIPULATED MOTION TO WITHDRAW PLAINTIFF'S
MOTION TO COMPEL DISCOVEY RESPONSES - 2

2:18-cv-01490-TSZ

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

1. Plaintiff's Motion to Compel Discovery Responses (Dkt. #53) be withdrawn without costs or attorneys' fees to either party, and

2. All related dates be removed from this Court's schedule.

IT IS SO ORDERED

DATED this _____ day of December, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented By:

/s/Christopher Carney
Christopher Carney
WSBA# 30325
Carney Gillespie Issit PLLP
600 1st Ave, Suite LL08
Seattle, WA 98104
(206) 445-0212
Christopher.carney@cgilaw.com
*Attorney for Plaintiff Barry Long*

/s/Conrad A. Reynoldson
Conrad A. Reynoldson
WSBA# 48187
Washington Civil & Disability Advocate
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134
Conrad@wacda.com
*Attorney for Plaintiff Barry Long*

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

/s/ Gregory F. Hurley
Gregory F. Hurley, CSB # 126791
*Pro Hac Vice*
  ghurley@sheppardmullin.com
Bradley J. Leimkuhler, CSB # 261024
*Pro Hac Vice*
  bleimkuhler@sheppardmullin.com
Sheppard Mullin Richter & Hampton, LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL DISCOVEY RESPONSES - 3

2:18-cv-01490-TSZ

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

Attorneys for Defendants,
LIVE NATION WORLDWIDE, INC. and
TICKETMASTER, LLC

STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL DISCOVEY RESPONSES - 4

2:18-cv-01490-TSZ

WASHINGTON CIVIL & DISABILITY ADVOCATE

3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846

# CERTIFICATE OF SERVICE

I, Michael Terasaki, hereby certify under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

Signed at Seattle, Washington this 20th day of December, 2018.

*s/Michael Terasaki*
Michael Terasaki

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 855-3134
terasaki@wacda.com

STIPULATED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL DISCOVEY RESPONSES - 5

2:18-cv-01490-TSZ

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105
(206) 402-5846